**Opinion filed October 2, 2025**



## In The

# Eleventh Court of Appeals

_____

### No. 11-25-00218-CR

_____

## ERIC MANUEL MOLINA A/K/A ERIC EMMANUEL MOLINA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 16408-D**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to "withdraw" this appeal. In his motion, Appellant states that he "hereby gives notice that he no longer desires to appeal his conviction" and informs this court that he "desires to withdraw his appeal." We construe Appellant's motion as a request to dismiss his appeal. The motion is signed by Appellant and Appellant's counsel in compliance with Rule 42.2(a). *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE

October 2, 2025

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.